J.K.

v.

C.K.

v.

A.M.U. & G.U.

**Appeal of: J.K.**

**441 MDA 2017**

Superior Court of Pennsylvania.

09/27/2017

2013–CV–9678–CU (Dauphin)

Affirmed

LONGO, A.

v.

LONGO, R.

**727 MDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CV–375–2016 (Snyder)

Appeal Dismissed

COM.

v.

LAFFERTY, S.

**573 WDA 2015**

Superior Court of Pennsylvania.

09/27/2017

CP–02–CR–0004063–2014 (Allegheny)

Affirmed

MCCLEARY, L.

v.

MCCLEARY, R.

**1457 WDA 2016**

Superior Court of Pennsylvania.

09/27/2017

549 C.D. 2012 (Clarion)

Affirmed/Vacated/Remanded

COM.

v.

BUNDY, K.

**1575 WDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–17–CR–0000082–2013,   CP–17–CR–0000085–2013,   CP–17–CR–0000088–2013,